## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| CHICAGO PACIFIC FOUNDERS GP, L.P. and CHICAGO PACIFIC FOUNDERS UGP, LLC, <br><br> Petitioners/Cross-Respondents, <br><br> v. <br><br> BRIAN BERKIN, <br><br> Respondent/Cross-Petitioner. | C.A. No. 1:22-mc-00331-MN-JLH |

## LOCAL RULE 7.1.1 CERTIFICATION

In accordance with Rule 7.1.1 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, I certify that counsel for Petitioners/Cross-Respondents have conferred with counsel for Respondent/Cross-Petitioner regarding Petitioners/Cross-Respondents' Motion for Leave to File Reply in Support of Motion to Vacate or Modify Arbitration Award and Opposition to Respondent's Cross-Motion to Confirm and Supporting Papers Under Seal and Respondent/Cross-Petitioner consents to the proposed sealing of documents.

December 16, 2022

*Of Counsel:*

Allison M. O'Neil
Jeffrey Kramer
Locke Lord LLP
111 Huntington Avenue
Boston, MA  02199
(617) 239-0729
allison.oneil@lockelord.com
jkramer@lockelord.com

/s/ Adam J. Waskie
Thomas A. Uebler (#5074)
Adam J. Waskie (#6217)
McCollom D'Emilio Smith Uebler LLC
2751 Centerville Rd. Suite 401
Wilmington, DE 19808
(302) 468-5963
tuebler@mdsulaw.com
awaskie@mdsulaw.com

*Attorneys for Petitioners/Cross-Respondents*

MDSU W0342883.v1