IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHICAGO PACIFIC FOUNDERS GP, L.P. and CHICAGO PACIFIC FOUNDERS UGP, LLC, <br><br> Petitioners/Cross-Respondents, <br><br> v. <br><br> BRIAN BERKIN, <br><br> Respondent/Cross-Petitioner. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 22-mc-331 (MN) (JLH) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 27th day of April 2023:

WHEREAS, on April 6, 2023, Magistrate Judge Hall held oral argument on the Petition to Vacate or Modify Arbitration Award (D.I. 2) and Respondent/Cross-Petitioner's (1) Motion to Dismiss Petition to Vacate or Modify an Arbitration Award and (2) Cross-Motion to Confirm Arbitration Award (D.I. 18);

WHEREAS, at the conclusion of the hearing, Judge Hall read her Report & Recommendation into the record;

WHEREAS, on April 11, 2023, Judge Hall docketed a Report & Recommendation, confirming her recommendation as announced from the bench during the April 6, 2023 hearing (D.I. 40) and set April 25, 2023 as the deadline for objections; and

WHEREAS, no party filed objections to the Report and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED, that the Report and Recommendation (D.I. 40) is ADOPTED. The Petition to Vacate or Modify Arbitration Award (D.I. 2) is DENIED

and Respondent/Cross-Petitioner's (1) Motion to Dismiss Petition to Vacate or Modify an Arbitration Award and (2) Cross-Motion to Confirm Arbitration Award (D.I. 18) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court is directed to CLOSE this case.

_Maryellen Noreika_
The Honorable Maryellen Noreika
United States District Court Judge